UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-207-M-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| ANGELA VASQUEZ | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about October 2, 2020, in the Eastern District of North Carolina and elsewhere, the defendant, ANGELA VASQUEZ, did knowingly attempt to procure her naturalization as a United States citizen contrary to law, by making a false statement under oath and penalty of perjury, that is:

On Part 12, Question 22 of her Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" she answered "No" when in fact, as she then knew, she had committed conspiracy to commit money laundering, a crime for which she had not then been arrested, from on or about January 2019 through on or about October 2, 2020, in the Northern District of Texas and elsewhere.

All in violation of Title 18, United States Code, Section 1425(a).

## COUNT TWO

On or about December 17, 2020, in the Eastern District of North Carolina and elsewhere, the defendant, ANGELA VASQUEZ, did knowingly attempt to procure her naturalization as a United States citizen contrary to law, by making a false

statement under oath and penalty of perjury during her naturalization interview, that is:

1. On Part 12, Question 22 of her Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" she answered "No" when in fact, as she then knew, she had committed conspiracy to commit money laundering, a crime for which she had not then been arrested, from on or about January 2019 through on or about December 17, 2020, in the Northern District of Texas and elsewhere.

2. On Part 12, Question 31 of her Application for Naturalization (Form N-400), in response to the question "Have you EVER given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?" she answered "No" when in fact, as she then knew, she had given U.S. Government officials false, fraudulent, and misleading information on or about October 2, 2020, when she denied having ever committed a crime or offense for which she had not been arrested when in fact, as she then knew, she had committed conspiracy to commit money laundering, a crime for which she had not then been arrested, from on or about January 2019 through on or about December 17, 2020, in the Northern District of Texas and elsewhere.

3. On Part 12, Question 32 of her Application for Naturalization (Form N-400), in response to the question "Have you EVER lied to any U.S. government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States?" she answered "No" when in fact, as she then knew, she lied to U.S. government officials on or about October 2, 2020, when she denied having ever committed a crime or offense for which she had not been arrested when in fact, as she then knew, she had committed conspiracy to commit money laundering, a crime for which she had not then been arrested, from on or about January 2019 through on or about December 17, 2020, in the Northern District of Texas and elsewhere.

All in violation of Title 18, United States Code, Section 1425(a).

### COUNT THREE

On or about December 17, 2020, at a time separate and apart from Count Two, in the Eastern District of North Carolina and elsewhere, the defendant, ANGELA VASQUEZ, did knowingly procure her naturalization as a United States citizen

contrary to law, by knowingly making a material misrepresentation under penalty of

perjury causing her acquisition of citizenship, that is:

1. On Part 12, Question 22 of her Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" she answered "No" when in fact, as she then knew, she had committed conspiracy to commit money laundering, a crime for which she had not then been arrested, from on or about January 2019 through on or about December 17, 2020, in the Northern District of Texas and elsewhere.

2. On Part 12, Question 31 of her Application for Naturalization (Form N-400), in response to the question "Have you EVER given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?" she answered "No" when in fact, as she then knew, she had given U.S. Government officials false, fraudulent, and misleading information on or about October 2, 2020, when she denied having ever committed a crime or offense for which she had not been arrested when in fact, as she then knew, she had committed conspiracy to commit money laundering, a crime for which she had not then been arrested, from on or about January 2019 through on or about December 17, 2020, in the Northern District of Texas and elsewhere.

3. On Part 12, Question 32 of her Application for Naturalization (Form N-400), in response to the question "Have you EVER lied to any U.S. government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States?" she answered "No" when in fact, as she then knew, she lied to U.S. government officials on or about October 2, 2020, when she denied having ever committed a crime or offense for which she had not been arrested when in fact, as she then knew, she had committed conspiracy to commit money laundering, a crime for which she had not then been arrested, from on or about January 2019 through on or about December 17, 2020, in the Northern District of Texas and elsewhere.

4. On Question 3 of her Notice of Naturalization Ceremony (Form N-445), in response to the question "Since your interview, have you knowingly committed any crime or offense, for which you have not been arrested?" she answered "No" when in fact, as she then knew, she had committed conspiracy to commit money laundering, a crime for which she had not then been arrested, from on or about January 2019 through on or about December 17, 2020, in the Northern District of Texas and elsewhere.

All in violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

8/20/25
DATE

W. ELLIS BOYLE
United States Attorney

BY: LORI B. WARLICK
Assistant United States Attorney