UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-207-M-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO REVOKE |
| | ) | CITIZENSHIP |
| ANGELA VASQUEZ | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully requests the Court order the Defendant's citizenship revoked and cancel the Defendant's certificate of naturalization pursuant to 8 U.S.C. § 1451(e), as discussed further in the attached memorandum.

IT IS FURTHER REQUESTED that from the date of the order, the Defendant be forever restrained and enjoined from claiming any rights, privileges, or advantages under any document which evidences United States citizenship obtained as a result of the Defendant's naturalization on or about December 17, 2020.

IT IS FURTHER REQUESTED that the Defendant surrender and deliver her Certificate of Naturalization, and any copies thereof in her possession (and to make good faith efforts to recover and then surrender any copies thereof that she knows are in possession of others), to the Attorney General or the Secretary of Homeland Security immediately, and return any other indicia of United States citizenship, and any copies thereof in her possession (and to make good faith efforts to recover and

then surrender any copies thereof that he knows are in possession of others), including, but not limited to, United States passports, voter registration cards, and other voting documents.

Respectfully submitted, this 10th day of December, 2025.

W. ELLIS BOYLE
United States Attorney

By:   /s/ Lori B. Warlick
LORI B. WARLICK
Assistant United States Attorney
Criminal Division
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4882
Email: lori.b.warlick@usdoj.gov
NC Bar No. 3712

## CERTIFICATE OF SERVICE

This is to certify that I have this 10th day of December, 2025, personally served a copy of the foregoing MOTION TO REVOKE CITIZENSHIP upon the counsel of record for Defendant in open court.

By: /s/ Lori B. Warlick
LORI B. WARLICK
Assistant United States Attorney
Criminal Division