# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

NO. 5:25-CR-207-M-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MEMORANDUM IN SUPPORT |
| v. | ) | OF MOTION TO REVOKE |
| | ) | CITIZENSHIP |
| ANGELA VASQUEZ | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully submits the following memorandum in support of its Motion to Revoke Citizenship.

## FACTS

1. Defendant is a native and citizen of the Dominican Republic.

2. On February 1, 2011, Defendant adjusted her status to that of a lawful permanent resident of the United States.

3. On December 17, 2020, Defendant took the oath of citizenship and was issued Certificate of Naturalization Number 41802660.

4. On August 20, 2025, a grand jury in the Eastern District of North Carolina indicted Defendant on three counts, all related to naturalization fraud. D.E. 1.

5. Pursuant to a plea agreement, Defendant pleaded guilty on December 10, 2025, to Count Three of the Indictment, which charged Defendant with unlawfully procuring naturalization or citizenship in violation of 18 U.S.C. § 1425(a). D.E. 1.

1

6. Title 8, United State Code, Section 1451(e) provides:

(e) Citizenship Unlawfully Procured

When a person shall be convicted under section 1425 of title 18 of knowingly procuring naturalization in violation of law, the court in which such conviction is had shall thereupon revoke, set aside, and declare void the final order admitting such person to citizenship, and shall declare the certificate of naturalization of such person to be canceled. Jurisdiction is conferred on the courts having jurisdiction of the trial of such offense to make such adjudication.

7. A criminal conviction under 18 U.S.C. § 1425 results in the mandatory denaturalization of the citizen. "A district court entering the criminal judgment convicting a person for a violation of § 1425 '*shall* thereupon revoke, set aside, and declare void the final order admitting such person to citizenship, and shall declare the certificate of naturalization of such person to be canceled." *United States v. Kuai Li*, 280 F. App'x 267, 271 (4th Cir. 2008) (quoting 8 U.S.C. § 1451(e) and adding emphasis) (unpublished); *see also United States v. Moses*, 94 F.3d 182, 188 (5th Cir. 1996) (holding that the language of § 1451(e) is mandatory).

8. "Moreover, the cases to consider this statutory provision have found that revocation of naturalization is automatic, ministerial, and involves no exercise of discretion." *United States v. Djanson*, 578 F. App'x 238, 241 (4th Cir. 2014) (unpublished); *see also United States v. Maduno*, 40 F.3d 1212, 1218 (11th Cir. 1994) (noting "[t]he revocation is a simple ministerial task and involves no exercise of discretion because the revocation is statutorily mandated.").

9. Finally, the act of revocation does not have to wait until the disposition of an appeal. *See Maduno*, 40 F.3d at 1218 (noting case law that indicates the revocation need not await disposition of appeal); *Djanson*, 578 F. App'x at 241 (rejecting claim that district court was required to wait until conclusion of appeal to issue denaturalization order).

## DISCUSSION

10. Here, Defendant is to be convicted of a violation of 18 U.S.C. § 1425(a). As a consequence of that conviction, pursuant to 8 U.S.C. § 1451(e), the Court shall revoke, set aside, and declare void, the final order admitting Defendant to citizenship and declare the Defendant's Certificate of Naturalization Number 41802660 to be cancelled.

## CONCLUSION

11. Wherefore the United States respectfully requests that at sentencing the Court issue an order pursuant to 8 U.S.C. § 1451(e) revoking, setting aside, and declaring void the final order admitting Defendant to the United States citizenship and declaring Defendant's Certificate of Naturalization Number 41802660 to be cancelled.

[remainder of page intentionally left blank]

3

Respectfully submitted, this 10th day of December, 2025.

W. ELLIS BOYLE
United States Attorney

By:   <u>/s/ Lori B. Warlick</u>
LORI B. WARLICK
Assistant United States Attorney
Criminal Division
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4882
Email: lori.b.warlick@usdoj.gov
NC Bar No. 3712

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this 10th day of December, 2025, personally served a copy of the foregoing MEMORANDUM IN SUPPORT OF MOTION TO REVOKE CITIZENSHIP upon the counsel of record for Defendant in open court.

By:     /s/ Lori B. Warlick
        LORI B. WARLICK
        Assistant United States Attorney
        Criminal Division